# CASES

DETERMINED IN THE

## FIRST DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

### DURING THE YEARS 1914 AND 1915.

---

### Charles H. Mason, Defendant in Error, v. Erik L. Krag and A. L. Thompson, Plaintiffs in Error.

### Gen. No. 19,207. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH P. RAFFERTY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed December 31, 1914.

### Statement of the Case.

Action by Charles H. Mason against Erik L. Krag and A. L. Thompson to recover a sum claimed to be due on a promissory note executed by defendant to plaintiff, dated August 17, 1910, and payable to the order of plaintiff October 1, 1910, with six per cent. interest after maturity. A jury trial was waived and the court found for plaintiff in the sum of $112.25. To reverse a judgment entered on the finding, defendants prosecute a writ of error.

JOHN J. LUPE, for plaintiffs in error.

(1)

CHARLES LANE, for defendant in error.

MR. JUSTICE DUNCAN delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1414*—*when finding of trial court will not be disturbed.* Where no propositions of law were submitted, the findings of the court on the issues of fact are binding upon the Appellate Court the same as a verdict of a jury, when not manifestly against the weight of the evidence.

2. USURY, § 81*—*when cannot be urged on review.* Error of court in allowing usurious interest in a suit on a promissory note, cannot be urged on review where the record does not show the defense of usury was insisted upon by a plea, or a notice or claim of such defense in the trial court.

### B. A. Thorpe, Defendant in Error, v. Max Weber and David B. Weber, Copartners, trading as Weber Brothers, Plaintiffs in Error.

### Gen. No. 19,242.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed December 31, 1914.

### Statement of the Case.

Action by B. A. Thorpe against Max Weber and David B. Weber, trading as Weber Brothers, to recover for procuring a tenant for a hotel in Chicago for a period of ten years, at an annual rental of $3,600. Plaintiff's claim was for five per cent. of the first year's rental and one per cent of the last eight years' rental. Plaintiff recovered a judgment for $468.   To reverse the judgment, defendants prosecute error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.